IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40705
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SANTOS GALVAN-YBARRA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-130-1
- - - - - - - - - -
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender representing Santos Galvan-
Ybarra (Galvan) has requested leave to withdraw as counsel and
has filed a brief as required by *Anders v. California*, 386 U.S.
738 (1967).  Galvan has filed a response asserting that his
sentence was too harsh and requesting to proceed pro se.  The
motion to proceed pro se is DENIED.  *See United States v. Wagner*,
158 F.3d 901, 902-03 (5th Cir. 1998).  Our independent review of
the brief, Galvan's response, and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.